**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01751-CMA-BNB

JESSE DOSHAY,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION, a Delaware corporation,

    Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    The Court, having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (Doc. #44), and being fully advised in the premises, does hereby

    ORDER that this case is Dismiss with Prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED: August 8, 2011.

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge